

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

**UNITED STATES OF AMERICA**

v.   CRIMINAL NO. 2:25-cr-174
26 U.S.C. § 7202

**ERIK J. SAMS**

# I N F O R M A T I O N

The United States Attorney charges:

## INTRODUCTION

At all relevant times:

### Parties and Entities

1. Defendant ERIK J. SAMS resided in Parkersburg, Wood County, West Virginia, within the Southern District of West Virginia.

2. Defendant ERIK J. SAMS owned, managed, controlled, and operated a mental health care business, that is, Robert E. Sams MD PLLC ("Robert Sams") from at least 2016 through 2019.

3. Robert Sams was located in Parkersburg, Wood County, West Virginia, within the Southern District of West Virginia.

4. Defendant ERIK J. SAMS was the Chief Executive Officer of Robert Sams, was responsible for hiring and firing employees, made all financial decisions, was responsible for processing payroll, filing an Employer's Quarterly Federal Tax Return Form 941 ("Form 941"), and paying over the withheld payroll taxes.

5. The Internal Revenue Service ("IRS") was an agency of the United States Department of the Treasury responsible for administering the federal tax laws of the United States.

**Background on Federal Employment Taxes**

6. Pursuant to the Internal Revenue Code and associated statutes and regulations, employers are required to withhold amounts from their employees' gross pay including Federal Insurance Contribution Act ("FICA") taxes, which represent Social Security and Medicare taxes, and federal income taxes. These taxes will be referred to in this Information collectively as "trust fund taxes" because employers hold the withheld amounts in trust until paid over to the United States. Employers, with exceptions not applicable here, are required to remit these withheld trust fund taxes to the IRS on a quarterly basis, no later than the last day of the month following the end of the quarter.

7. In addition to the trust fund taxes that must be withheld from employees' pay, employers are separately required to make contributions under FICA for Social Security and Medicare in amounts matching the amounts withheld from their employees' pay for those purposes. Such employer contributions are likewise required to be remitted to the IRS no later than the last day of the month following the end of the quarter. Collectively, these five components required to be remitted quarterly are commonly referred to as "employment taxes," made up of the trust fund taxes

withheld (individual income, Social Security and Medicare taxes) and the matching amounts contributed by the employer (Social Security and Medicare taxes).

8. Employers are typically required to file, one month after the conclusion of the calendar quarter, Form 941, setting forth the total amount of income taxes withheld, the total amount of Social Security and Medicare taxes due, and the total tax deposits paid.

9. A person is responsible for collecting, accounting for, and paying over the employment taxes and employment tax returns if he or she has the authority required to exercise significant control over the employer's financial affairs, regardless of whether the individual exercised such control.

**Defendant ERIK J. SAMS'S Non-Compliance
with his Employment Tax Responsibilities**

10. From at least 2017 through 2019, defendant ERIK J. SAMS was responsible for collecting trust fund taxes from employees of Robert Sams, accounting for employment taxes, and paying over employment and trust fund taxes to the IRS. Defendant ERIK J. SAMS specifically withheld funds from employees' gross wages trust fund taxes but failed to account and pay over trust fund taxes for all quarters in 2018 and 2019.

11. On or about July 1, 2019, to September 30, 2019, in the Southern District of West Virginia and elsewhere, defendant ERIK

J. SAMS willfully failed to truthfully account for and pay over, and caused the willful failure to pay over, all of the employment taxes due and owing to the IRS of Robert Sams in the third quarter in 2019, due on October 31, 2019.

In violation of Title 26, United States Code, Section 7202.

LISA G. JOHNSTON<br>
Acting United States Attorney

BY: _____
ERIK S. GOES
Assistant United States Attorney